# Earnings Statement

**ADP**

CAREL USA INC.
385 SOUTH OAK STREET
MANHEIM PA 17545

Period Beginning: 04/14/2024
Period Ending: 04/27/2024
Pay Date: 05/03/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table

JILLIAN MARISA BRUBAKER
1072 SNAPPER DAM ROAD
LANDISVILLE PA 17538

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3653.84 | 80.00 | 3,653.84 | 14,615.36 |
| **Gross Pay** | | | **$3,653.84** | 14,615.36 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH 717-664-0500

BASIS OF PAY: SALARY

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -490.04 | 1,960.16 |
| Social Security Tax | | -226.54 | 906.15 |
| Medicare Tax | | -52.98 | 211.92 |
| PA State Income Tax | | -112.17 | 448.68 |
| Manheim Boro Income Tax | | -36.54 | 146.16 |
| PA SUI Tax | | -2.56 | 10.23 |
| **Other** | | | |
| Opt - Pa Lst | | -2.00 | 8.00 |
| **Net Pay** | | **$2,731.01** | |
| Checking 1 | | -2,731.01 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $3,653.84
Your PA taxable wages this period are $3,653.84
Your Manheim Boro taxable wages this period are $3,653.84

© 2000 ADP, Inc.

CAREL USA INC.
385 SOUTH OAK STREET
MANHEIM PA 17545

**Advice number:** 00000180106
Pay date: 05/03/2024



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **JILLIAN MARISA BRUBAKER** | xxxxxx8925 | xxxx xxxx | $2,731.01 |

**NON-NEGOTIABLE**