UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Jillian M Brubaker | Bankruptcy No.25-11951-PMM |
| Debtor | |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 21st day of August, 2025, by first class mail upon those listed below:

Jillian M Brubaker
1072 Snapper Dam Road
Landisville, PA  17538

**Electronically via CM/ECF System Only:**

MATTHEW LAZARUS, ESQUIRE
LAZARUS LAW, LLC
2173 EMBASSY DR, UNIT 538
LANCASTER, PA  17603

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee