| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-11951-PMM

| | |
|---|---|
| Jillian M Brubaker | Petition Filed Date: 05/16/2025 |
| 1072 Snapper Dam Road | 341 Hearing Date: 06/10/2025 |
| Landisville  PA  17538 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/25/2025 | $211.00 | | 07/21/2025 | $211.00 | | | | |

**Total Receipts for the Period: $422.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $633.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MATTHEW LAZARUS, ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS) »» 01P | Priority Crediors | $7,425.00 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS) »» 01U | Unsecured Creditors | $73.81 | $0.00 | $0.00 |
| 3 | TOYOTA MOTOR CREDIT CORPORATION »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS NATIONAL BANK »» 003 | Unsecured Creditors | $35,796.50 | $0.00 | $0.00 |
| 5 | MOHELA »» 004 | Unsecured Creditors | $51,775.07 | $0.00 | $0.00 |
| 6 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $14,463.10 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA NA »» 006 | Unsecured Creditors | $6,028.34 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $31,307.66 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $28,828.23 | $0.00 | $0.00 |

Chapter 13 Case No. 25-11951-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $633.00 | Current Monthly Payment: | $211.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $34.80 | Total Plan Base: | $13,515.00 |
| Funds on Hand: | $598.20 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.