United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 25-11951-pmm
Jillian M Brubaker     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Nov 07, 2025     Form ID: 155     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jillian M Brubaker, 1072 Snapper Dam Road, Landisville, PA 17538-1545 |
| 15009136 | + | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15024502 | | Email/PDF: bncnotices@becket-lee.com | Nov 08 2025 00:20:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15009129 | + | Email/PDF: bncnotices@becket-lee.com | Nov 08 2025 00:20:11 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 15009130 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 08 2025 00:14:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15029015 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 08 2025 00:14:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15009131 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 08 2025 00:15:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15028057 | + | Email/Text: RASEBN@raslg.com | Nov 08 2025 00:15:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15009132 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 08 2025 00:21:34 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15032651 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2025 00:19:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15009133 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2025 00:19:58 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15025971 | | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 08 2025 00:36:43 | MOHELA, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15009135 | + | Email/Text: EBN@Mohela.com | Nov 08 2025 00:15:00 | Mohela/earnest, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15009137 | ^ | MEBN | Nov 08 2025 00:04:27 | Toyota Motor Credit Corp/Mazda Financial, Attn: Bankruptcy, 6565 Headquarters Dr, Plano, TX 75024-5965 |
| 15024268 | ^ | MEBN | Nov 08 2025 00:04:29 | Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |
| 15009138 | | Email/Text: BankruptcyNotices@yorktraditionsbank.com | Nov 08 2025 00:15:00 | York Traditions Bank, 235 St Charles Way, York, PA 17402 |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Nov 07, 2025 | Form ID: 155 | Total Noticed: 16

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15009134 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MATTHEW LAZARUS | on behalf of Debtor Jillian M Brubaker matthew@lazaruslawoffice.com  lazarus.matthewr109146@notify.bestcase.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Jillian M Brubaker | ) | Case No. 25−11951−pmm |
|    aka Jillian Niehenke | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: November 6, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court