Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jillian M Brubaker
1072 Snapper Dam Road
Landisville, PA 17538

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-11951-PMM**

Petition Filed Date: 05/16/2025
341 Hearing Date: 06/10/2025
Confirmation Date: 11/06/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | $211.00 | | 09/15/2025 | $226.00 | | 10/21/2025 | $226.00 | |
| 11/18/2025 | $226.00 | | 12/15/2025 | $226.00 | | 01/20/2026 | $226.00 | |
| 02/17/2026 | $226.00 | | 03/16/2026 | $226.00 | | 04/20/2026 | $226.00 | |
| 05/18/2026 | $226.00 | | 06/15/2026 | $226.00 | | 07/20/2026 | $226.00 | |

**Total Receipts for the Period: $2,697.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,345.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MATTHEW LAZARUS, ESQUIRE | Attorney Fees | $4,722.00 | $3,106.37 | $1,615.63 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $7,425.00 | $0.00 | $7,425.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $73.81 | $0.00 | $73.81 |
| 3 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $35,796.50 | $0.00 | $35,796.50 |
| 5 | MOHELA<br>»» 004 | Unsecured Creditors | $51,775.07 | $0.00 | $51,775.07 |
| 6 | JP MORGAN CHASE BANK NA<br>»» 005 | Unsecured Creditors | $14,463.10 | $0.00 | $14,463.10 |
| 7 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $6,028.34 | $0.00 | $6,028.34 |
| 8 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $31,307.66 | $0.00 | $31,307.66 |
| 9 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $28,828.23 | $0.00 | $28,828.23 |

**Chapter 13 Case No. 25-11951-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,345.00 | Current Monthly Payment: | $226.00 |
| Paid to Claims: | $3,106.37 | Arrearages: | $0.00 |
| Paid to Trustee: | $238.63 | Total Plan Base: | $13,515.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.